**MANDATE**

S.D.N.Y. – N.Y.C.
23-cv-2344
Swain, C. J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-four.

Present:
    Denny Chin,
    Susan L. Carney,
    Richard J. Sullivan,
        *Circuit Judges*.

---

Nella Manko,

    *Plaintiff-Appellant*,

v.                                                          24-954

Lenox Hill Hospital, et al.,

    *Defendants-Appellees*.

---

Appellant, proceeding pro se, moves for leave to proceed in forma pauperis, to enlarge the time to file her brief and appendix, to enlarge her appendix, and to request U.S. Marshal service of her brief and appendix. However, this Court has determined on its own accord that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* 28 U.S.C. § 2107; *Bowles v. Russell*, 551 U.S. 205, 214 (2007). It is further ORDERED that Appellant's motions are DENIED as moot.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/18/2024**